STATE, Respondent, v. LAFAVE, Appellant.

*No. State 91. Submitted January 5, 1973.—Decided January 30, 1973.*

For the appellant the cause was submitted on the brief of *Patrick F. Brown* and *Love, McGraw, Brown & Nettesheim*, all of Waukesha.

For the respondent the cause was submitted on the brief of *Robert W. Warren*, attorney general, and *Robert D. Martinson*, assistant attorney general.

PER CURIAM. After a review of the record, the court is convinced the defendant's confession was not coerced and the guilty plea was the product of a voluntary and intelligent choice of the defendant. Under these circumstances, the defendant failed to meet the burden of proof to show that the confession should be set aside and the

guilty plea withdrawn to correct a manifest injustice. *State v. Reppin* (1967), 35 Wis. 2d 377, 151 N. W. 2d 9. The judgment and order appealed from are affirmed.